

FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Richard H. Hartman II
        Plaintiff

vs.

Case No.

8:11-CV-02030-RAL-AEP

American Home Mortgage Servicing, Inc.
        Defendant

_____/

## AMENDED COMPLAINT AND JURY DEMAND

PLAINTIFF RICHARD H. HARTMAN brings this action against Defendant American Home Mortgage Servicing, Inc. ("AHMSI") on the grounds and amounts set forth herein, and states:

## PRELIMINARY STATEMENT

This action arises out of the facts and circumstances surrounding the collection of a residential mortgage. Plaintiff brings this action against Defendant for willful and repeated violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

## PARTIES

1. Plaintiff is a natural person, who at all times material resided in the city of Hudson, Pasco County, Florida.

2. Defendant AHMSI is a corporation with its corporate offices located in Coppell, TX.

## JURISDICTION AND VENUE

3. This is an action for money damages in excess of $75,000.

4. This action was originally filed in the Sixth Judicial Circuit Court in and for Pasco County, FL, Case No. 51-2011-CA-003672-XXXX-WS, pursuant to 47 U.S.C. § 227(b)(3).

5. On September 1, 2011, AHMSI filed a Notice of Removal, pursuant to 28 U.S.C. § 1332, 1441 and 1446, *et seq*.

6. This Court assumed jurisdiction on September __6__, 2011.

## STATUTORY STRUCTURE OF THE TCPA

7. The intent of the TCPA is to protect the privacy of consumers by restricting the use of certain types of telephone equipment, including automatic telephone dialing systems as defined under 47 U.S.C. § 227(a)(1) ("auto-dialers"), by companies that use such devices. (See Senate Report No. 102-178, October 8, 1991, 1991 U.S.C.C.A.N. 1968).

8. Pursuant to the TCPA, "it is unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States, to make any call using any automatic telephone dialing system... to any telephone number assigned to a paging service, cellular telephone service... or any service which the called party is charged for the call, without the express consent of such person" (47 U.S.C. § 227(b)(1)(A)(iii)).

9. Under the TCPA, a person who violates the forgoing section is liable for damages of $500 per violation (47 U.S.C. § 227(b)(3)(B)).

10. If the Court finds the Defendant willfully and knowingly violated the forgoing section, the Court may award treble damages to the Plaintiff for such violations (47 U.S.C. § 227(b)(3).

## FACTS

11. AHMSI is the servicing company for a residential mortgage, on which Plaintiff is allegedly behind on his payments.

12. On October 4, 2010, AHMSI called Plaintiff two times on Plaintiff's telephone number 813-486-8287.

13. Both calls specified in paragraph 12 were made by AHMSI using an auto-dialer.

14. At all times material, 813-486-8287 has been the number assigned to Plaintiff's cellular telephone.

15. Plaintiff did not provide his cellular telephone number to AHMSI as part of any credit application, and has never given AHMSI express consent to call his cellular telephone number.

16. On October 5, 2010, Plaintiff provided written notice to AHMSI, notifying it that it did not have his consent to call his cellular telephone and demanding it immediately stop calling him. (See letter to AHMSI, dated 10/5/2010, attached hereto as Plaintiff's Exhibit "A").

17. On 10/7/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

18. The telephone call specified in paragraph 17 was made using an auto-dialer.

19. On 10/12/2010, AMHSI called Plaintiff at telephone number 813-486-8287.

20. The telephone call specified in paragraph 19 was made using an auto-dialer.

21. On 10/15/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

22. The telephone call specified in paragraph 21 was made using an auto-dialer.

23. On 10/21/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

24. The telephone call specified in paragraph 23 was made using an auto-dialer.

25. On 10/22/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

26. The telephone call specified in paragraph 25 was made using an auto-dialer.

27. On 10/26/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

28. The telephone call specified in paragraph 27 was made using an auto-dialer.

29. On 10/29/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

30. The telephone call specified in paragraph 29 was made using an auto-dialer.

31. On 11/3/2010, AHMSI called Plaintiff at telephone number 813-486-8287

32. The telephone call specified in paragraph 31 was made using an auto-dialer.

33. On 11/10/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

34. The telephone call specified in paragraph 33 was placed using an auto-dialer.

35. On 11/16/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

36. The telephone call specified in paragraph 35 was placed using an auto-dialer.

37. On 11/17/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

38. The telephone call specified in paragraph 37 was made using an auto-dialer.

39. On 11/19/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

40. The telephone call specified in paragraph 39 was made using an auto-dialer.

41. On 11/23/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

42. The telephone call specified in paragraph 41 was made using an auto-dialer.

43. On 11/26/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

44. The telephone call specified in paragraph 43 was made using an auto-dialer.

45. On 12/6/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

46. The telephone call specified in paragraph 45 was placed using an auto-dialer.

47. On 12/7/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

48. The telephone call specified in paragraph 47 was made using an auto-dialer.

49. On 12/14/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

50. The telephone call specified in paragraph 49 was made using an auto-dialer.

51. On 12/16/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

52. The telephone call specified in paragraph 51 was made using an auto-dialer.

53. On 12/22/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

54. The telephone call specified in paragraph 53 was made using an auto-dialer.

55. On 12/27/2010, AHMSI called Plaintiff three times at telephone number 813-486-8287.

56. Each telephone call specified in paragraph 55 was made using an auto-dialer.

57. On 12/29/2010, AHMSI called Plaintiff at telephone number 813-486-8287.

58. The telephone call specified in paragraph 57 was made using an auto-dialer.

59. On 12/29/2010, AHMSI called Plaintiff two times at telephone number 813-486-8287.

60. Each telephone call specified in paragraph 59 was made using an auto-dialer.

61. On 1/4/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

62. The telephone call specified in paragraph 61 was made using an auto-dialer.

63. On 1/6/2011, AHMSI called Plaintiff four times at telephone number 813-486-8287.

64. Each telephone call specified in paragraph 63 was made using an auto-dialer.

65. On 1/12/2011, AHMSI called Plaintiff two times at telephone number 813-486-8287.

66. Each telephone call specified in paragraph 65 was made using an auto-dialer.

67. On 1/14/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

68. The telephone call specified in paragraph 67 was made using an auto-dialer.

69. On 1/18/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

70. The telephone call specified in paragraph 69 was placed using an auto-dialer.

71. On 1/21/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

72. The telephone call specified in paragraph 71 was made using an auto dialer.

73. On 1/25/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

74. The telephone call specified in paragraph 73 was made using an auto dialer.

75. On 1/28/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

76. The telephone call specified in paragraph 75 was made using an auto-dialer.

77. On 2/1/20111, AHMSI called Plaintiff at telephone number 813-486-8287.

78. The telephone call specified in paragraph 77 was made using an auto-dialer.

79. On 2/8/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

80. The telephone call specified in paragraph 79 was made using an auto-dialer.

81. On 2/9/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

82. The telephone call specified in paragraph 81 was made using an auto-dialer.

83. On 2/11/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

84. The telephone call specified in paragraph 83 was placed using an auto-dialer.

85. On 2/16/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

86. The telephone call specified in paragraph 85 was made using an auto-dialer.

87. On 2/18/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

88. The telephone call specified in paragraph 87 was made using an auto-dialer.

89. On 2/22/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

90. The telephone call specified in paragraph 89 was made using an auto-dialer.

91. On 2/25/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

92. The telephone call specified in paragraph 91 was made using an auto-dialer.

93. On 3/4/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

94. The telephone call specified in paragraph 93 was made using an auto-dialer.

95. On 3/8/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

96. The telephone call specified in paragraph 95 was made using an auto-dialer.

97. On 3/11/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

98. The telephone call specified in paragraph 97 was made using an auto-dialer.

99. On 3/17/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

100. The telephone call specified in paragraph 99 was made using an auto-dialer.

101. On 3/18/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

102. The telephone call specified in paragraph 101 was made using an auto-dialer.

103. On 3/22/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

104. The telephone call specified in paragraph 103 was made using an auto-dialer.

105. On 3/25/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

106. The telephone call specified in paragraph 105 was made using an auto-dialer.

107. On 3/29/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

108. The telephone call specified in paragraph 107 was made using an auto-dialer.

109. On 4/1/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

110. The telephone call specified in paragraph 109 was made using an auto-dialer.

111. On 4/5/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

112. The telephone call specified in paragraph 111 was made using an auto-dialer.

113. On 4/8/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

114. The telephone call specified in paragraph 113 was made using an auto-dialer.

115. On 4/12/2011, AHMSI called Plaintiff two times at telephone number 813-486-8287.

116. Each telephone call specified in paragraph 115 was made using an auto-dialer.

117. On 4/20/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

118. The telephone call specified in paragraph 117 was made using an auto-dialer.

119. On 4/27/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

120. The telephone call specified in paragraph 119 was made using an auto-dialer.

121. On 5/3/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

122. The telephone call specified in paragraph 121 was made using an auto-dialer.

123. On 5/6/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

124. The telephone call specified in paragraph 123 was made using an auto-dialer.

125. On 5/19/2011, AHMSI called Plaintiff three times at telephone number 813-486-8287.

126. Each telephone call specified in paragraph 125 was made using an auto-dialer.

127. On 5/24/2011, AHMSI called Plaintiff two times at telephone number 813-486-8287.

128. Each telephone call specified in paragraph 127 was made used an auto-dialer.

129. On 5/27/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

130. The telephone call specified in paragraph 129 was made using an auto-dialer.

131. On 5/31/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

132. The telephone call specified in paragraph 131 was made using an auto-dialer.

133. On 6/7/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

134. The telephone call specified in paragraph 133 was made using an auto-dialer.

135. On 6/14/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

136. The telephone call specified in paragraph 135 was made using an auto-dialer.

137. On 6/17/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

138. The telephone call specified in paragraph 137 was made using an auto-dialer.

139. On 6/21/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

140. The telephone call specified in paragraph 139 was made using an auto-dialer.

141. On 6/24/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

142. The telephone call specified in paragraph 141 was made using an auto-dialer.

143. On 6/28/2011, AHMSI called Plaintiff three times at telephone number 813-486-8287.

144. Each telephone call specified in paragraph 143 was made using an auto-dialer.

145. On 7/1/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

146. The telephone call specified in paragraph 145 was made using an auto-dialer.

147. On 7/5/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

148. The telephone call specified in paragraph 147 was made using an auto-dialer.

149. On 7/8/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

150. The telephone call specified in paragraph 149 was made using an auto-dialer.

151. On 7/12/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

152. The telephone call specified in paragraph 151 was made using an auto-dialer.

153. In 7/15/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

154. The telephone call specified in paragraph 153 was made using an auto-dialer.

155. On 7/19/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

156. The telephone call specified in paragraph 155 was made using an auto-dialer.

157. On 7/22/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

158. The telephone call specified in paragraph 157 was made using an auto-dialer.

159. On 8/3/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

160. The telephone call specified in paragraph 159 was made using an auto-dialer.

161. On 8/9/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

162. The telephone call specified in paragraph 161 was made using an auto-dialer.

163. On 8/18/2011, AHMSI called Plaintiff at telephone number 813-486-8287.

164. The telephone called specified in paragraph 163 was made using an auto dialer.

165. In addition to the forgoing, AHMSI made in excess of 25 similar telephone calls to Plaintiff's cellular telephone using an auto-dialer between 10/5/2010 and 9/1/2011.

166. In numerous telephone calls between October 5, 2011 and September 1, 2011, AHMSI acknowledged receiving notice from Plaintiff that it did not have consent to call Plaintiff's cellular telephone.

## CAUSES OF ACTION

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT (TCPA)

## COUNTS 1-114

167. Plaintiff repeats, re-alleges and incorporates by reference the following paragraphs.

168. Each telephone call AHMSI made to Plaintiff's cellular telephone using an automated telephone dialing system, without Plaintiff's express consent, violated 47 U.S.C. § 227(b)(1)(A)(iii).

169. Because Defendant willfully and knowingly violated 47 U.S.C. § 227(b)(1)(A)(iii) by placing repeated telephone calls to Plaintiff's cellular telephone, after having acknowledged receiving notice that it did not have Plaintiff's consent to call his cellular telephone, Defendant is liable to Plaintiff for treble statutory damages of $1,500 per violation pursuant to 47 U.S.C. § 227(b)(3).

WHEREFORE, Plaintiff Richard H. Hartman respectfully requests this Honorable Court enter Judgment in his favor, and against Defendant American Home Mortgage Servicing, Inc., for Counts 1-114 in the amount of $1,500.00 for each count, as well as Court costs, and any such further relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff respectfully demands trial by jury in this action of all issues so triable

Respectfully submitted September 7, 2011.

_____
Richard H. Hartman, Plaintiff

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I hereby certify that on September 7, 2011, I furnished a copy of the forgoing Amended Complaint to Blank Rome LLP, attorneys for American Home Mortgage Servicing, Inc., via U.S. Mail, at 1200 North Federal Highway, Suite 312, Boca Raton, FL 33432

_____
Richard H. Hartman
12528 Shadow Ridge Blvd
Hudson, FL 34669
813-486-8287
rick@rickhartman.com