# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RICHARD H. HARTMAN, II,

    Plaintiff,

v.                                                                  CASE NO: 8:11-cv-2030-T-26AEP

AMERICAN HOME MORTGAGE
SERVICING, INC.,

    Defendant.
_____/

## **O R D E R**

Plaintiff, proceeding *pro se*, has filed an amended complaint following removal of this case from state court. Accordingly, Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. 7) filed in state court with respect to the original complaint is denied. Defendant shall file a response to Plaintiff's amended complaint within ten (10) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on September 9, 2011.

                                              s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record