UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Richard H. Hartman II
         Plaintiff

Case No. 8:11-cv-2030-T26AEP

vs.

American Home Mortgage Servicing, Inc.
         Defendant
_____/

## PLAINTIFF'S UNOPPOSED MOTION REQUESTING ACCESS TO THE COURT'S CASE MANAGEMENT/ELECTRONIC CASE FILING SYSTEM

Plaintiff Richard H. Hartman, pursuant to section III(C) of the March 15, 2007 *Administrative Procedures for Electronic Filing in Civil and Criminal Cases*, for the United States District Court, Middle District of Florida, Tampa Division, respectfully moves this Honorable Court for leave of court granting Plaintiff access to the Case Management/Electronic Case Filing System. Permitting Plaintiff to access the CM/ECF system will be more convenient, and eliminate postage expenses for Plaintiff, Defendant and the Court as compared to the current paper filing requirement.

The United States District Court for the Middle District of Florida, Tampa Division, has granted such access to *pro se* litigants in the past, and Plaintiff respectfully requests the same consideration. See *Dickerson v. Community West Bank*, Case No. 8:10-cv-729-T-33AEP and *Carnes v. Potter*, Case No. 8:2006-cv-01292. In addition, Plaintiff has completed the online tutorial for the CM/ECF system on this Court's website.

Plaintiff certifies that on September 22, 2011, he conferred with counsel for AHMSI, pursuant to Local Rule 3.01(g), who does not oppose this Motion.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant the instant motion and permit Plaintiff to access the CM/ECF system.

Respectfully submitted September 22, 2011

_____
Richard H. Hartman II, Plaintiff
12528 Shadow Ridge Blvd
Hudson, FL 34669
813-486-8287
rick@rickhartman.com

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I hereby certify that on September 22, 2011, I furnished, via electronic mail, a copy of the forgoing to Blank Rome LLP, attorneys for American Home Mortgage Servicing, Inc.

_____
Richard H. Hartman