**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RICHARD H. HARTMAN II,

                Plaintiff,                CASE NO. 8:11-cv-02030-RAL-AEP

v.

AMERICAN HOME MORTGAGE
SERVICING, INC.,

                Defendant.
_____/

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**
**TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, American Home Mortgage Servicing, Inc., ("AHMSI"), by and through its undersigned counsel, files its Answer and Affirmative Defenses to the Amended Complaint filed by Plaintiff, Richard H. Hartman II, ("Plaintiff"), and states:

**PRELIMINARY STATEMENT**

AHMSI admits the allegations contained in the "Preliminary Statement" of Plaintiff's Amended Complaint to the extent that the Plaintiff has brought an action pursuant to the Telephone Consumer Protection Act, ("TCPA"), 47 U.S.C. § 227, but denies that Plaintiff is entitled to the relief or damages sought.

**PARTIES**

1. AHMSI is without knowledge concerning the allegations contained in paragraph 1 of the Amended Complaint and, therefore, denies same.

2. AHMSI admits the allegations contained in paragraph 2 of the Amended Complaint to the extent that AHMSI's principal place of business is in the State of Texas.

1

## JURISDICTION AND VENUE

3.  AHMSI admits the allegations contained in paragraph 3 of the Amended Complaint to the extent that Plaintiff seeks damages in excess of $75,000.00, but denies that Plaintiff is entitled to the damages sought.

4.  AHMSI admits the allegations contained in paragraph 4 of the Amended Complaint.

5.  AHMSI admits the allegations contained in paragraph 5 of the Amended Complaint.

6.  AHMSI denies as phrased the allegations contained in paragraph 6 of the Amended Complaint.

## STATUTORY STRUCTURE OF THE TCPA

7.  AHMSI admits the allegations contained in paragraph 7 of the Amended Complaint to the extent that the intent of the TCPA is to protect consumer privacy.  With respect to the remaining allegations contained in paragraph 7 of the Amended Complaint, AHMSI denies Plaintiff's allegations as they contain incomplete and/or inaccurate statements of the law under the TCPA.

8.  AHMSI states that 47 U.S.C. § 227(b)(1)(A)(iii) speaks for itself.

9.  AHMSI states that 47 U.S.C. § 227(b)(3)(B) speaks for itself.

10. AHMSI states that 47 U.S.C. § 227(b)(3) speaks for itself.

## FACTS

11. AHMSI admits the allegations contained in paragraph 11 of the Amended Complaint to the extent that AHMSI is the servicer of Plaintiff's residential mortgage on which Plaintiff is in default.

2

12. AHMSI denies the allegations contained in paragraph 12 of the Amended Complaint and demands strict proof thereof.

13. AHMSI denies the allegations contained in paragraph 13 of the Amended Complaint and demands strict proof thereof.

14. AHMSI is without knowledge concerning the allegations contained in paragraph 14 of the Amended Complaint and, therefore, denies same.

15. AHMSI denies as phrased the allegations contained in paragraph 15 of the Amended Complaint and demands strict proof thereof.

16. AHMSI states that the letter attached as Exhibit "A" to Plaintiff's Amended Complaint speaks for itself.

17. AHMSI denies the allegations contained in paragraph 17 of the Amended Complaint and demands strict proof thereof.

18. AHMSI denies the allegations contained in paragraph 18 of the Amended Complaint and demands strict proof thereof.

19. AHMSI denies the allegations contained in paragraph 19 of the Amended Complaint and demands strict proof thereof.

20. AHMSI denies the allegations contained in paragraph 20 of the Amended Complaint and demands strict proof thereof.

21. AHMSI denies the allegations contained in paragraph 21 of the Amended Complaint and demands strict proof thereof.

22. AHMSI denies the allegations contained in paragraph 22 of the Amended Complaint and demands strict proof thereof.

23. AHMSI denies the allegations contained in paragraph 23 of the Amended Complaint and demands strict proof thereof.

24. AHMSI denies the allegations contained in paragraph 24 of the Amended Complaint and demands strict proof thereof.

25. AHMSI denies the allegations contained in paragraph 25 of the Amended Complaint and demands strict proof thereof.

26. AHMSI denies the allegations contained in paragraph 26 of the Amended Complaint and demands strict proof thereof.

27. AHMSI denies the allegations contained in paragraph 27 of the Amended Complaint and demands strict proof thereof.

28. AHMSI denies the allegations contained in paragraph 28 of the Amended Complaint and demands strict proof thereof.

29. AHMSI denies the allegations contained in paragraph 29 of the Amended Complaint and demands strict proof thereof.

30. AHMSI denies the allegations contained in paragraph 30 of the Amended Complaint and demands strict proof thereof.

31. AHMSI denies the allegations contained in paragraph 31 of the Amended Complaint and demands strict proof thereof.

32. AHMSI denies the allegations contained in paragraph 32 of the Amended Complaint and demands strict proof thereof.

33. AHMSI denies the allegations contained in paragraph 33 of the Amended Complaint and demands strict proof thereof.

34. AHMSI denies the allegations contained in paragraph 34 of the Amended Complaint and demands strict proof thereof.

35. AHMSI denies the allegations contained in paragraph 35 of the Amended Complaint and demands strict proof thereof.

36. AHMSI denies the allegations contained in paragraph 36 of the Amended Complaint and demands strict proof thereof.

37. AHMSI denies the allegations contained in paragraph 37 of the Amended Complaint and demands strict proof thereof.

38. AHMSI denies the allegations contained in paragraph 38 of the Amended Complaint and demands strict proof thereof.

39. AHMSI denies the allegations contained in paragraph 39 of the Amended Complaint and demands strict proof thereof.

40. AHMSI denies the allegations contained in paragraph 40 of the Amended Complaint and demands strict proof thereof.

41. AHMSI denies the allegations contained in paragraph 41 of the Amended Complaint and demands strict proof thereof.

42. AHMSI denies the allegations contained in paragraph 42 of the Amended Complaint and demands strict proof thereof.

43. AHMSI denies the allegations contained in paragraph 43 of the Amended Complaint and demands strict proof thereof.

44. AHMSI denies the allegations contained in paragraph 44 of the Amended Complaint and demands strict proof thereof.

45. AHMSI denies the allegations contained in paragraph 45 of the Amended Complaint and demands strict proof thereof.

46. AHMSI denies the allegations contained in paragraph 46 of the Amended Complaint and demands strict proof thereof.

47. AHMSI denies the allegations contained in paragraph 47 of the Amended Complaint and demands strict proof thereof.

48. AHMSI denies the allegations contained in paragraph 48 of the Amended Complaint and demands strict proof thereof.

49. AHMSI denies the allegations contained in paragraph 49 of the Amended Complaint and demands strict proof thereof.

50. AHMSI denies the allegations contained in paragraph 50 of the Amended Complaint and demands strict proof thereof.

51. AHMSI denies the allegations contained in paragraph 51 of the Amended Complaint and demands strict proof thereof.

52. AHMSI denies the allegations contained in paragraph 52 of the Amended Complaint and demands strict proof thereof.

53. AHMSI denies the allegations contained in paragraph 53 of the Amended Complaint and demands strict proof thereof.

54. AHMSI denies the allegations contained in paragraph 54 of the Amended Complaint and demands strict proof thereof.

55. AHMSI denies the allegations contained in paragraph 55 of the Amended Complaint and demands strict proof thereof.

131093.01241/50403835v.1

56. AHMSI denies the allegations contained in paragraph 56 of the Amended Complaint and demands strict proof thereof.

57. AHMSI denies the allegations contained in paragraph 57 of the Amended Complaint and demands strict proof thereof.

58. AHMSI denies the allegations contained in paragraph 58 of the Amended Complaint and demands strict proof thereof.

59. AHMSI denies the allegations contained in paragraph 59 of the Amended Complaint and demands strict proof thereof.

60. AHMSI denies the allegations contained in paragraph 60 of the Amended Complaint and demands strict proof thereof.

61. AHMSI denies the allegations contained in paragraph 61 of the Amended Complaint and demands strict proof thereof.

62. AHMSI denies the allegations contained in paragraph 62 of the Amended Complaint and demands strict proof thereof.

63. AHMSI denies the allegations contained in paragraph 63 of the Amended Complaint and demands strict proof thereof.

64. AHMSI denies the allegations contained in paragraph 64 of the Amended Complaint and demands strict proof thereof.

65. AHMSI denies the allegations contained in paragraph 65 of the Amended Complaint and demands strict proof thereof.

66. AHMSI denies the allegations contained in paragraph 66 of the Amended Complaint and demands strict proof thereof.

67. AHMSI denies the allegations contained in paragraph 67 of the Amended Complaint and demands strict proof thereof.

68. AHMSI denies the allegations contained in paragraph 68 of the Amended Complaint and demands strict proof thereof.

69. AHMSI denies the allegations contained in paragraph 69 of the Amended Complaint and demands strict proof thereof.

70. AHMSI denies the allegations contained in paragraph 70 of the Amended Complaint and demands strict proof thereof.

71. AHMSI denies the allegations contained in paragraph 71 of the Amended Complaint and demands strict proof thereof.

72. AHMSI denies the allegations contained in paragraph 72 of the Amended Complaint and demands strict proof thereof.

73. AHMSI denies the allegations contained in paragraph 73 of the Amended Complaint and demands strict proof thereof.

74. AHMSI denies the allegations contained in paragraph 74 of the Amended Complaint and demands strict proof thereof.

75. AHMSI denies the allegations contained in paragraph 75 of the Amended Complaint and demands strict proof thereof.

76. AHMSI denies the allegations contained in paragraph 76 of the Amended Complaint and demands strict proof thereof.

77. AHMSI denies the allegations contained in paragraph 77 of the Amended Complaint and demands strict proof thereof.

78. AHMSI denies the allegations contained in paragraph 78 of the Amended Complaint and demands strict proof thereof.

79. AHMSI denies the allegations contained in paragraph 79 of the Amended Complaint and demands strict proof thereof.

80. AHMSI denies the allegations contained in paragraph 80 of the Amended Complaint and demands strict proof thereof.

81. AHMSI denies the allegations contained in paragraph 81 of the Amended Complaint and demands strict proof thereof.

82. AHMSI denies the allegations contained in paragraph 82 of the Amended Complaint and demands strict proof thereof.

83. AHMSI denies the allegations contained in paragraph 83 of the Amended Complaint and demands strict proof thereof.

84. AHMSI denies the allegations contained in paragraph 84 of the Amended Complaint and demands strict proof thereof.

85. AHMSI denies the allegations contained in paragraph 85 of the Amended Complaint and demands strict proof thereof.

86. AHMSI denies the allegations contained in paragraph 86 of the Amended Complaint and demands strict proof thereof.

87. AHMSI denies the allegations contained in paragraph 87 of the Amended Complaint and demands strict proof thereof.

88. AHMSI denies the allegations contained in paragraph 88 of the Amended Complaint and demands strict proof thereof.

131093.01241/50403835v.1

89. AHMSI denies the allegations contained in paragraph 89 of the Amended Complaint and demands strict proof thereof.

90. AHMSI denies the allegations contained in paragraph 90 of the Amended Complaint and demands strict proof thereof.

91. AHMSI denies the allegations contained in paragraph 91 of the Amended Complaint and demands strict proof thereof.

92. AHMSI denies the allegations contained in paragraph 92 of the Amended Complaint and demands strict proof thereof.

93. AHMSI denies the allegations contained in paragraph 93 of the Amended Complaint and demands strict proof thereof.

94. AHMSI denies the allegations contained in paragraph 94 of the Amended Complaint and demands strict proof thereof.

95. AHMSI denies the allegations contained in paragraph 95 of the Amended Complaint and demands strict proof thereof.

96. AHMSI denies the allegations contained in paragraph 96 of the Amended Complaint and demands strict proof thereof.

97. AHMSI denies the allegations contained in paragraph 97 of the Amended Complaint and demands strict proof thereof.

98. AHMSI denies the allegations contained in paragraph 98 of the Amended Complaint and demands strict proof thereof.

99. AHMSI denies the allegations contained in paragraph 99 of the Amended Complaint and demands strict proof thereof.

131093.01241/50403835v.1

100.    AHMSI denies the allegations contained in paragraph 100 of the Amended Complaint and demands strict proof thereof.

101.    AHMSI denies the allegations contained in paragraph 101 of the Amended Complaint and demands strict proof thereof.

102.    AHMSI denies the allegations contained in paragraph 102 of the Amended Complaint and demands strict proof thereof.

103.    AHMSI denies the allegations contained in paragraph 103 of the Amended Complaint and demands strict proof thereof.

104.    AHMSI denies the allegations contained in paragraph 104 of the Amended Complaint and demands strict proof thereof.

105.    AHMSI denies the allegations contained in paragraph 105 of the Amended Complaint and demands strict proof thereof.

106.    AHMSI denies the allegations contained in paragraph 106 of the Amended Complaint and demands strict proof thereof.

107.    AHMSI denies the allegations contained in paragraph 107 of the Amended Complaint and demands strict proof thereof.

108.    AHMSI denies the allegations contained in paragraph 108 of the Amended Complaint and demands strict proof thereof.

109.    AHMSI denies the allegations contained in paragraph 109 of the Amended Complaint and demands strict proof thereof.

110.    AHMSI denies the allegations contained in paragraph 110 of the Amended Complaint and demands strict proof thereof.

111.    AHMSI denies the allegations contained in paragraph 111 of the Amended Complaint and demands strict proof thereof.

112.    AHMSI denies the allegations contained in paragraph 112 of the Amended Complaint and demands strict proof thereof.

113.    AHMSI denies the allegations contained in paragraph 113 of the Amended Complaint and demands strict proof thereof.

114.    AHMSI denies the allegations contained in paragraph 114 of the Amended Complaint and demands strict proof thereof.

115.    AHMSI denies the allegations contained in paragraph 115 of the Amended Complaint and demands strict proof thereof.

116.    AHMSI denies the allegations contained in paragraph 116 of the Amended Complaint and demands strict proof thereof.

117.    AHMSI denies the allegations contained in paragraph 117 of the Amended Complaint and demands strict proof thereof.

118.    AHMSI denies the allegations contained in paragraph 118 of the Amended Complaint and demands strict proof thereof.

119.    AHMSI denies the allegations contained in paragraph 119 of the Amended Complaint and demands strict proof thereof.

120.    AHMSI denies the allegations contained in paragraph 120 of the Amended Complaint and demands strict proof thereof.

121.    AHMSI denies the allegations contained in paragraph 121 of the Amended Complaint and demands strict proof thereof.

122.    AHMSI denies the allegations contained in paragraph 122 of the Amended Complaint and demands strict proof thereof.

123.    AHMSI denies the allegations contained in paragraph 123 of the Amended Complaint and demands strict proof thereof.

124.    AHMSI denies the allegations contained in paragraph 124 of the Amended Complaint and demands strict proof thereof.

125.    AHMSI denies the allegations contained in paragraph 125 of the Amended Complaint and demands strict proof thereof.

126.    AHMSI denies the allegations contained in paragraph 126 of the Amended Complaint and demands strict proof thereof.

127.    AHMSI denies the allegations contained in paragraph 127 of the Amended Complaint and demands strict proof thereof.

128.    AHMSI denies the allegations contained in paragraph 128 of the Amended Complaint and demands strict proof thereof.

129.    AHMSI denies the allegations contained in paragraph 129 of the Amended Complaint and demands strict proof thereof.

130.    AHMSI denies the allegations contained in paragraph 130 of the Amended Complaint and demands strict proof thereof.

131.    AHMSI denies the allegations contained in paragraph 131 of the Amended Complaint and demands strict proof thereof.

132.    AHMSI denies the allegations contained in paragraph 132 of the Amended Complaint and demands strict proof thereof.

133.    AHMSI denies the allegations contained in paragraph 133 of the Amended Complaint and demands strict proof thereof.

134.    AHMSI denies the allegations contained in paragraph 134 of the Amended Complaint and demands strict proof thereof.

135.    AHMSI denies the allegations contained in paragraph 135 of the Amended Complaint and demands strict proof thereof.

136.    AHMSI denies the allegations contained in paragraph 136 of the Amended Complaint and demands strict proof thereof.

137.    AHMSI denies the allegations contained in paragraph 137 of the Amended Complaint and demands strict proof thereof.

138.    AHMSI denies the allegations contained in paragraph 138 of the Amended Complaint and demands strict proof thereof.

139.    AHMSI denies the allegations contained in paragraph 139 of the Amended Complaint and demands strict proof thereof.

140.    AHMSI denies the allegations contained in paragraph 140 of the Amended Complaint and demands strict proof thereof.

141.    AHMSI denies the allegations contained in paragraph 141 of the Amended Complaint and demands strict proof thereof.

142.    AHMSI denies the allegations contained in paragraph 142 of the Amended Complaint and demands strict proof thereof.

143.    AHMSI denies the allegations contained in paragraph 143 of the Amended Complaint and demands strict proof thereof.

131093.01241/50403835v.1

144.    AHMSI denies the allegations contained in paragraph 144 of the Amended Complaint and demands strict proof thereof.

145.    AHMSI denies the allegations contained in paragraph 145 of the Amended Complaint and demands strict proof thereof.

146.    AHMSI denies the allegations contained in paragraph 146 of the Amended Complaint and demands strict proof thereof.

147.    AHMSI denies the allegations contained in paragraph 147 of the Amended Complaint and demands strict proof thereof.

148.    AHMSI denies the allegations contained in paragraph 148 of the Amended Complaint and demands strict proof thereof.

149.    AHMSI denies the allegations contained in paragraph 149 of the Amended Complaint and demands strict proof thereof.

150.    AHMSI denies the allegations contained in paragraph 150 of the Amended Complaint and demands strict proof thereof.

151.    AHMSI denies the allegations contained in paragraph 151 of the Amended Complaint and demands strict proof thereof.

152.    AHMSI denies the allegations contained in paragraph 152 of the Amended Complaint and demands strict proof thereof.

153.    AHMSI denies the allegations contained in paragraph 153 of the Amended Complaint and demands strict proof thereof.

154.    AHMSI denies the allegations contained in paragraph 154 of the Amended Complaint and demands strict proof thereof.

155.    AHMSI denies the allegations contained in paragraph 155 of the Amended Complaint and demands strict proof thereof.

156.    AHMSI denies the allegations contained in paragraph 156 of the Amended Complaint and demands strict proof thereof.

157.    AHMSI denies the allegations contained in paragraph 157 of the Amended Complaint and demands strict proof thereof.

158.    AHMSI denies the allegations contained in paragraph 158 of the Amended Complaint and demands strict proof thereof.

159.    AHMSI denies the allegations contained in paragraph 159 of the Amended Complaint and demands strict proof thereof.

160.    AHMSI denies the allegations contained in paragraph 160 of the Amended Complaint and demands strict proof thereof.

161.    AHMSI denies the allegations contained in paragraph 161 of the Amended Complaint and demands strict proof thereof.

162.    AHMSI denies the allegations contained in paragraph 162 of the Amended Complaint and demands strict proof thereof.

163.    AHMSI denies the allegations contained in paragraph 163 of the Amended Complaint and demands strict proof thereof.

164.    AHMSI denies the allegations contained in paragraph 164 of the Amended Complaint and demands strict proof thereof.

165.    AHMSI denies the allegations contained in paragraph 165 of the Amended Complaint and demands strict proof thereof.

131093.01241/50403835v.1

166.    AHMSI denies the allegations contained in paragraph 166 of the Amended Complaint and demands strict proof thereof.

## CAUSES OF ACTION

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT (TCPA)

## COUNTS 1-114

167.    AHMSI restates and reasserts its responses to the allegations contained in paragraphs 7 through 166 as if fully set forth herein.

168.    AHMSI denies the allegations contained in paragraph 168 of the Amended Complaint and demands strict proof thereof.

169.    AHMSI denies the allegations contained in paragraph 169 of the Amended Complaint and demands strict proof thereof.

**WHEREFORE**, Defendant, AHMSI, respectfully requests that this Court dismiss Plaintiff's claims against AHMSI.

## AFFIRMATIVE DEFENSES

Defendant, AHMSI, has not yet had an opportunity to complete discovery in this matter, and therefore relies upon the following defenses and affirmative defenses which may prove applicable after discovery or at trial.

1.    As its first affirmative defense, AHMSI states that Plaintiff cannot maintain a cause of action against AHMSI under the TCPA.  As alleged by Plaintiff in his Amended Complaint, the "intent of the TCPA is to protect the privacy of consumers."  AHMSI asserts that Plaintiff has posted the subject cellular telephone number (813-486-8287) on numerous internet websites and blogs.  As a result of Plaintiff voluntarily posting

17

the subject cellular number on the internet, Plaintiff has no expectation of privacy with respect to this number and cannot claim that his privacy has been violated. Therefore, Plaintiff has no cause of action under the TCPA because he cannot claim that AHMSI violated his privacy.

2. As its second affirmative defense, AHMSI states that Plaintiff gave his consent to be contacted on his cellular telephone as a result of the business relationship that exists between AHMSI and Plaintiff as mortgage servicer and mortgagor respectively. The FCC exempts from the TCPA's statutory prohibition "any call 'made to any person with whom the caller has an established business relationship at the time the call is made [.]' " *Meadows v. Franklin Collection Serv., Inc.,* 414 Fed.Appx. 230, 235 (11th Cir. 2011) (quoting 47 C.F.R. 64.1200(a)(2)(iv)). Therefore, the alleged calls made to Plaintiff were exempted under the TCPA as a result of this established business relationship.

3. As its third affirmative defense, AHMSI states that Plaintiff provided his consent to be called at the subject cellular telephone number as a result of Plaintiff providing the subject number on a mortgage application and/or to third-parties in connection with the mortgage referenced in Plaintiff's Amended Complaint.

4. As its fourth affirmative defense, AHMSI states that Plaintiff fails to state a claim upon which relief can be granted.

5. As its fifth affirmative defense, AHMSI states that it complied with the TCPA, and acted in a reasonable manner, in good faith, and without malice or intent to violate the TCPA or injure Plaintiff.

6.  As its sixth affirmative defense, AHMSI states that it did not willfully or knowingly violate the TCPA.

7.  As its seventh affirmative defense, AHMSI states that Plaintiff did not suffer any damages as a result of AHMSI's alleged failure to comply with the TCPA.

8.  AHMSI specifically reserves the right to amend and/or supplement its affirmative defenses, as the facts and circumstances may warrant.

Date:   September 28, 2011

BLANK ROME, LLP
*Attorneys for Defendant*
1200 N. Federal Highway, Ste., 312
Boca Raton, FL  33432
Telephone: 561-417-8100
Facsimile: 561-417-8101

*/s/ Manuel S. Hiraldo*
JOSEPH F. POKLEMBA
Florida Bar No.: 059803
JPoklemba@BlankRome.com
MANUEL S. HIRALDO
Florida Bar No.: 030380
MHiraldo@BlankRome.com

19

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was delivered by email on this 28th day of September, 2011, to: Richard H. Hartman, 12528 Shadow Ridge Blvd., Hudson, FL 34669, pro se Plaintiff, rick@rickhartman.com.

BLANK ROME, LLP
*Attorneys for Defendant*
1200 N. Federal Highway, Ste., 312
Boca Raton, FL  33432
Telephone: 561-417-8100
Facsimile: 561-417-8101


*/s/ Manuel S. Hiraldo*
JOSEPH F. POKLEMBA
Florida Bar No.: 059803
JPoklemba@BlankRome.com
MANUEL S. HIRALDO
Florida Bar No.: 030380
MHiraldo@BlankRome.com

20