UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Richard H. Hartman II
        Plaintiff

Case No. 8:11-cv-2030-T26AEP

vs.

American Home Mortgage Servicing, Inc.
        Defendant
_____/

## NOTICE OF INTENT TO FILE MOTION FOR SANCTIONS

Plaintiff Richard H. Hartman II files this Notice of Intent to File Motion for Sanctions, and states:

1. Defendant American Home Mortgage Servicing, Inc. ("AHMSI") filed its Answer to Plaintiff's Complaint with this Court on September 28, 2011.

2. In its Answer, AHMSI specifically denied the factual allegations contained in paragraphs 12, 13 and 17-169.

3. AHMSI knew, or would have known after a reasonable inquiry, that those factual allegations were in fact true, but still denied those facts.

4. This act by AHMSI violates Rule 11(b)(4), Federal Rules of Civil Procedure.

5. Plaintiff files this Notice to comply with the Rule 11 "Safe Harbor Provision" giving AHMSI twenty-one (21) days to amend its Answer, with respect to paragraphs 12, 13 and 17-169, prior to the filing of the Motion for Sanctions.

Respectfully submitted September 29, 2011.

       *s/Richard H. Hartman, II*
       Richard H. Hartman, II, Plaintiff
       12528 Shadow Ridge Blvd
       Hudson, FL 34669
       813-486-8287
       rick@rickhartman.com

## **CERTIFICATE OF SERVICE**

UNDER PENALTY OF PERJURY, I hereby certify that on September 29, 2011, a copy of the forgoing was furnished to Blank Rome LLP, attorneys for American Home Mortgage Servicing, Inc., via this Court's CM/ECF System.

_s/Richard H. Hartman, II_
Richard H. Hartman, II