UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Richard H. Hartman II
            Plaintiff

Case No. 8:11-cv-2030-T26AEP

vs.

American Home Mortgage Servicing, Inc.
            Defendant
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE OF COURT**
**TO FILE REPLY TO DEFENDANT'S AFFIRMATIVE DEFENSES**

Plaintiff Richard H. Hartman, II states that on October 10, 2011, Defendant American Home Mortgage Servicing, Inc. filed its Amended Answer and Affirmative Defenses to Plaintiff's Amended Complaint (Dkt. 22).  Plaintiff respectfully requests this Honorable Court grant him leave to file a reply to the affirmative defenses contained therein.

Plaintiff certifies that on October 10, 2011, pursuant to Local Rule 3.01(g), he conferred with Manual Hiraldo, Esq., counsel for Defendant, who does not oppose the instant Motion.

Respectfully submitted October 10, 2011.

      *s/Richard H. Hartman, II*
Richard H. Hartman, II, Plaintiff
12528 Shadow Ridge Blvd
Hudson, FL 34669
813-486-8287
rick@rickhartman.com

## CERTIFICATE OF SERVICE

 UNDER PENALTY OF PERJURY, I hereby certify that on October 10, 2011, a copy of the forgoing was furnished to Blank Rome LLP, attorneys for American Home Mortgage Servicing, Inc., via this Court's CM/ECF System.

               *s/Richard H. Hartman, II*
               Richard H. Hartman, II