## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Richard H. Hartman II
                Plaintiff

                                        Case No. 8:11-cv-2030-T26AEP

vs.

American Home Mortgage Servicing, Inc.
                Defendant
_____/

## **CERTIFICATION**

Plaintiff Richard H. Hartman, II, pursuant to this Court's Case Management and Scheduling Order, hereby certifies that he conferred with Counsel for Defendant American Home Mortgage Servicing, Inc, via email on October 25, 2011, for the purpose of narrowing the factual issues in dispute.

It appears that at this time there are no factual issues in dispute. The only dispute appears to be whether or not Defendant had Plaintiff's consent to use an automatic telephone dialing system to call Plaintiff's cellular telephone, which this Honorable Court will be able to decide as a matter of law.

Respectfully submitted on October 26, 2011.

                                                    *s/Richard H. Hartman, II*
                                            Richard H. Hartman, II, Plaintiff
                                            12528 Shadow Ridge Blvd
                                            Hudson, FL 34669
                                            813-486-8287
                                            rick@rickhartman.com

## **CERTIFICATE OF SERVICE**

UNDER PENALTY OF PERJURY, I hereby certify that on October 26, 2011, a copy of the forgoing was furnished to Blank Rome LLP, attorneys for American Home Mortgage Servicing, Inc., via this Court's CM/ECF System.

   *s/Richard H. Hartman, II*
Richard H. Hartman, II