**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


RICHARD H. HARTMAN, II,

       Plaintiff,

v.                                      CASE NO:  8:11-cv-2030-T-26AEP

AMERICAN HOME MORTGAGE
SERVICING, INC.,

       Defendant.

_____/


**O R D E R**

Upon due consideration of the procedural history of this case, including the

Court's Case Management and Scheduling Order (the CMSO) entered September 26,

2011 at docket 19, it is ordered and adjudged that Plaintiff's Motion for Summary

Judgment (Dkt. 30) is denied without prejudice based on the following analysis.

The CMSO, which was entered one month ago, sets the discovery cut-off date for

July 1, 2012, almost nine (9) months from now, and provides for the filing of dispositive

motions by August 1, 2012, almost ten (10) months from now.[1]  In light of those

deadlines, Plaintiff's motion is premature.  Although a party is entitled to seek entry of

summary judgment, that entitlement assumes that adequate time for discovery has passed.

---

[1]   The Court notes that Plaintiff agreed to these deadlines in the Case Management
Report filed by the parties at docket 16.

See American Fed'n of Labor and Congress of Indus. Org. v. City of Miami, 637 F.3d

1178, 1186 (11th Cir. 2011); accord Simpson & Creasy, P.C. v. Continental Cas. Co.,

2011 WL 4810010 at *2 (11th Cir. Oct. 12, 2011) (unpublished).  In the Court's view,

Defendant has not been afforded adequate time to engage in discovery to refute the

allegations of Plaintiff's affidavit with regard to whether Defendant had Plaintiff's

consent to call Plaintiff's cellular telephone, which, contrary to Plaintiff's thinking, is a

question of fact and not of law.

        **DONE AND ORDERED** at Tampa, Florida, on October 27, 2011.


              s/*Richard A. Lazzara*
              **RICHARD A. LAZZARA**
              **UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record