# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RICHARD H. HARTMAN II,**

    **Plaintiff,**

**vs.**                                            Case No. 8:11-cv-2030-MSS-AEP

**AMERICAN HOME MORTGAGE SERVICING, INC.,**

    **Defendant.**

_____/

## ORDER

Pursuant to 28 U.S.C. § 636, Plaintiff's Amended Motion to Compel Discovery (Dkt. 37) is hereby referred to the Honorable Anthony E. Porcelli for the entry of an Order or a Report and Recommendation, as appropriate.

**DONE and ORDERED** in Tampa, Florida, this 30th day of December 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Anthony E. Porcelli
Counsel of Record
Any Unrepresented Party