UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD H. HARTMAN, II,

    Plaintiff,

v.

CASE NO.: 8:11-CV-02030-RAL-AEP

AMERICAN HOME MORTGAGE SERVICING, INC.,

    Defendant(s).
_____/

## NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel and files this Notice of Appearance on behalf of the Plaintiff, RICHARD H. HARTMAN, II, in the above styled cause. The undersigned requests that she be served with copies of all notices, pleadings, motions, orders and other documents filed in these proceedings.

Respectfully submitted,

_____
Christie D. Arkovich, Esq.
Florida Bar No. 963690
Rashi Arya-Blankenship, Esq.
Florida Bar No. 0083997
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland St.
Tampa, Florida 33606
(813) 258-2808
Attorney for Defendant(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via hand delivery and/or US Mail on this 20th day of January, 2012 to: Manuel S. Hiraldo, Esq., Blank Rome, LLP, 1200 N. Federal Highway, Ste. 312, Boca Raton, FL 33432

_____
Attorney