**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RICHARD H. HARTMAN, II ,**

    **Plaintiff,**

v.                                             **Case No: 8:11-cv-2030-T-35AEP**

**AMERICAN HOME MORTGAGE**
**SERVICING, INC.,**

    **Defendant.**
_____/

### ORDER DIRECTING ADMINISTRATIVE CLOSURE

On October 2, 2012, the Plaintiff filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 51) Therefore it is hereby

**ORDERED** that this case be **administratively closed** pending receipt of a final stipulation of dismissal within sixty (60) calendar days from the date of this Order. If no stipulation is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order. The Clerk is directed to terminate any pending motions in this case.

DONE and ORDERED in Tampa, Florida, this 5th day of October, 2012.

/s/ MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party